```
FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

LARRY L. BUTRICK  #3910
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Larry.Butrick@usdoj.gov

Attorneys for Defendant
RUSSELL J. HAAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STATE OF HAWAII, | ) | CR. NO. 10-00327 BMK |
| | ) | |
| Plaintiff, | ) | (Report No. C10007030/PN, |
| | ) | District Court of the Third |
| vs. | ) | Circuit, Puna Division, |
| | ) | State of Hawaii) |
| RUSSELL J. HAAS, | ) | |
| | ) | DEFENDANT RUSSELL J. HAAS' |
| Defendant. | ) | WITNESS LIST; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Removal Hearing:  6/10/10 |
| | ) | Time:  1:30 p.m. |
| _____ | ) | Mag. Judge:  Kevin S.C. Chang |

<u>DEFENDANT RUSSELL J. HAAS' WITNESS LIST</u>

Defendant Russell J. Haas hereby submits his witness list, attached hereto, in the above-captioned matter.

DATED:  Honolulu, Hawaii, June 9, 2010.

        FLORENCE T. NAKAKUNI
        United States Attorney
        District of Hawaii


By /s/ Larry L. Butrick
    LARRY L. BUTRICK
    Assistant U.S. Attorney

Attorneys for Defendant
RUSSELL J. HAAS

```
                IN THE UNITED STATES DISTRICT COURT

                        DISTRICT OF HAWAII
```

| | STATE OF HAWAII | DEFENDANT RUSSELL J. HAAS' WITNESS LIST |
|---|---|---|
| | vs. | CR. NO. 10-00327 BMK |
| | RUSSELL J. HAAS | |

| | Witness |
|---|---|
| 1 | Russell J. Haas |
| 2 | Derrick Watson |
| | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known addresses:

**Served by <u>Facsimile</u>**:

Office of the Prosecuting Attorney
County of Hawaii
655 Kilauea Avenue
Hilo, HI 96720
<u>Attn</u>:  DPA Christopher Bridges
       Fax:  (808) 934-3503

**Served Electronically through CM/ECF:**

Kevin S. Hashizaki       <u>ksh96720@yahoo.com</u>
Attorney for STATE OF HAWAII

DATED:  Honolulu, Hawaii, June 9, 2010.


                          /s/ Gloria Parker